CADES SCHUTTE LLP

PATRICIA J. MCHENRY   4267-0
W. KEONI SCHULTZ       7467-0
1000 Bishop St., Suite 1200
Honolulu, HI 96813-4126
Tel: (808) 521-9200
Fax: (808) 521-210
Email: pmchenry@cades.com
       wschultz@cades.com

Attorneys for Defendants
BANK OF AMERICA CORPORATION
and FIA CARD SERVICES, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00270-LEK-KSC (Other Civil Action)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO BANK OF AMERICA CORPORATION AND FIA CARD SERVICES, N.A. AND ORDER**<br><br><br>Trial:  Not Set |

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO BANK OF AMERICA CORPORATION AND FIA CARD SERVICES, N.A.

IT IS HEREBY STIPULATED by and between Plaintiff STATE OF HAWAI'I, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL and Defendants BANK OF AMERICA CORPORATION and FIA CARD SERVICES, N.A. (collectively "BAC and FIA Defendants"), through their respective undersigned attorneys, having settled the case between them, that Defendants may be and hereby are dismissed with prejudice. Each party will bear its own costs and attorney's fees.

There are no remaining claims or parties.

Dated: Honolulu, Hawaii, May 15, 2014.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| */s/ Patrick F. McTernan* | */s/ Patricia J. McHenry* |
| PATRICK F. McTERNAN | PATRICIA J. MCHENRY |
| Cronin, Fried, Sekiya, Kekina & Fairbanks | W. KEONI SCHULTZ |
| | Cades Schutte LLP |
| Attorney for Plaintiff | Attorneys for Defendants BANK OF AMERICA CORPORATION and FIA CARD SERVICES, N.A. |

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO BANK OF AMERICA CORPORATION AND FIA CARD SERVICES, N.A.; State of Hawaii v. Bank of America Corporation, et al.; Case No. cv12-00270-LEK-KSC

- 2 -

APPROVED AND SO ORDERED:



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO BANK OF AMERICA CORPORATION AND FIA CARD SERVICES, N.A.; State of Hawaii v. Bank of America Corporation, et al.; Case No. cv12-00270-LEK-KSC